■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. WHITE, Also Known as MICHAEL BREWER, Appellant.

[986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.